**Richard Dale HOPKINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 54337.**

Missouri Court of Appeals,
Western District.

Nov. 4, 1997.

James C. Cox, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and HOWARD and RIEDERER, JJ.

### *ORDER*

PER CURIAM:

Richard Dale Hopkins appeals from the dismissal of his Rule 24.035 motion for post-conviction relief based upon the motion being filed out of time.

Judgement affirmed. Rule 84.16(b).